# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR206 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| JAMES M. WEISS, | ) | |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 49). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 49) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 35) is denied, in accordance with the Findings and Recommendation.

DATED this 5th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge